CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                  :
ROBERT AARON DELCARPIO,           :
                                  :   Civil Action No. 02-4970 (DMC)
          Petitioner,             :
                                  :
     v.                           :          O R D E R
                                  :
MICHAEL ABODE, et al.,            :
                                  :
          Respondents.            :
_____  :


     THIS MATTER having come before the Court on application of

*pro se* petitioner Robert Aaron Delcarpio for a writ of habeas

corpus under 28 U.S.C. § 2241; and the Court having fully

considered the submission of the Petitioner and the response

brief submitted by Respondents; and for the reasons expressed in

the Opinion issued this same day;


     IT IS on this   9th   day of May, 2005;

     **ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE** for

failure to exhaust administrative remedies; and it is further

     **ORDERED** that the Clerk shall close the file in this matter.




                              S/ Dennis M. Cavanaugh
                              DENNIS M. CAVANAUGH
                              United States District Judge